

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On November 27, 2019, appellant David Rodriguez filed Appellant's Motion to Extend Time to File Brief and Direct Court Reporter to File Court Reporter's Record. After consideration, appellant's motion is DENIED. Because this is an accelerated appeal, appellant's brief will be due 20 days after the reporter's record is filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court